# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0142
_____

RHONDA BULLION,

    Appellant,

    v.

FLORIDA SHERIFF'S RISK
MANAGEMENT FUND, BOB
JOHNSON, in his Official
Capacity as Sheriff of Santa
Rosa County, and JAMES MOYE,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.


May 31, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Brian J. Lee, Jacksonville, for Appellant.

Alicia Dawn Carothers, Panama City, for Appellees Bob Johnson and James Moye; Joel Mohorter of Skyler Barlow and Watson PA, Tampa; Robert M. Stoler and Alexander W. Garrett of Stoler Russell Keener Verona PA, Tampa, for Appellee Florida Sheriff's Risk Management Fund.